THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM F. GASTON et al., as Trustees under the Will of SUSAN J. PALMER, Deceased, Appellants, *v.* LAWSON PURDY et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Gaston* v. *Purdy,* 175 App. Div. 934, affirmed.
(Argued February 28, 1917; decided March 20, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 24, 1916, which affirmed an order of Special Term denying a motion for a writ of mandamus to compel defendants to separately assess and enter upon the tax maps and assessment books of the city of New York certain premises owned by the relators as trustees.

*Edmond E. Wise* for appellants.

*Lamar Hardy, Corporation Counsel (William H. King* and *Eugene Fay* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.